FILED
APR 0 2 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CASEY ROSS, individually and for others similarly situated,<br>          Plaintiff,<br><br>v.<br><br>OILFIELD INSTRUMENTATION, USA, INC.<br>          Defendants. | § § § § § § § § § § § § | CASE NO. 5:17-cv-312 |

## ORDER

Before the Court in the above-entitled case is the Parties' Joint Motion to Approve Confidential Settlement and to Dismiss Case with Prejudice. The Court finds that the settlement is fair and reasonable to all Parties, reflects an arms-length negotiation and compromise of disputed claims, and should be approved. Accordingly, it is

ORDERED that the Parties' Joint Motion to Approve Confidential Settlement & To Dismiss with Prejudice is hereby GRANTED.

IT IS FURTHER ORDERED that the Parties' settlement is hereby approved and this action and all claims asserted in this action are hereby dismissed with prejudice. All costs and attorneys' fees are to be paid in accordance with the Settlement Agreement filed with the Court.

Signed this __2__ day of __April__, 2019.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED AND ENTRY REQUESTED:**

/s/ *David I. Moulton*
David I. Moulton
State Bar No. 24051093
Federal Bar No. 608063
BRUCKNER BURCH PLLC
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
(713) 877-8788
(713) 877-8065 (facsimile)
Email: dmoulton@brucknerburch.com
**Counsel for Plaintiffs**


/s/ *Kindall C. James*
Kindall C. James (Bar No. 24086755)
Federal Bar No. 2181655
LISKOW & LEWIS
1001 Fannin, Suite 1800
Houston, Texas 77002
 (713) 651-2900
 (713) 651-2908 (facsimile)
kjames@liskow.com
**Counsel for Defendant**